■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN D'AGOSTINO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Clemente, J.), rendered October 12, 1982, convicting him of attempted robbery in the first degree and criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence. ¶ Judgment affirmed. ¶ We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Lazer, Mangano and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD ELLIS, Appellant. — Judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered June 23, 1981, affirmed. No opinion. ¶ This appeal is severed from defendant's appeal from a judgment of the County Court, Suffolk County, rendered November 6, 1981. Thompson, J. P., Bracken, Rubin and Eiber, JJ., concur.